IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01483-REB-MEH

ELIZABETH WOJDACZ,

    Plaintiff,

v.

COLORADO SPRINGS CITY POLICE DEPARTMENT,
COMMANDER BRIAN GRADY,
OFFICER JOHN IRELAND,
PATRICK MILLER,
PENROSE ST. FRANCIS HEALTHCARE,
GARY LEE NORMAN,
MICHAEL J. DUNCAN, and
CLIFF HUDSON,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 6, 2012.**

    Pending before the Court is the City Defendants' Motion to Dismiss or Quash Service [filed July 17, 2012 docket #10] filed by Defendants Commander Brian Grady, Officer John Ireland, and the Colorado Springs Police Department (self-described "City Defendants"). Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiff filed an Amended Complaint less than 21 days after service of the City Defendants' motion under Rule 12(b). (Docket #19.) Therefore, Plaintiff's Amended Complaint is accepted as filed, and the City Defendants' Motion to Dismiss or Quash Service is **denied as moot**. *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)).