IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01483-REB-MEH

ELIZABETH WOJDACZ,

    Plaintiff,

v.

COLORADO SPRINGS CITY POLICE DEPARTMENT,
COMMANDER BRIAN GRADY,
OFFICER JOHN IRELAND,
PATRICK MILLER,
PENROSE ST. FRANCIS HEALTHCARE,
GARY LEE NORMAN,
MICHAEL J. DUNCAN, and
CLIFF HUDSON,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 29, 2012.**

    Pending before the Court are Defendant Penrose St. Francis Healthcare's Motion to Dismiss and for Judgment on the Pleadings [filed October 24, 2012; docket #81] and Defendant Patrick Miller's Motion to Dismiss and for Judgment on the Pleadings [filed November 27, 2012; docket #88].

    Section IV.B.1 of Judge Blackburn's Practice Standards provides that "except for summary judgment motions, all other motions (including objections to the recommendations or orders of United States Magistrate Judges), responses, and concomitant briefs shall not exceed **fifteen (15) pages**." (emphasis in original). Each aforementioned Motion filed under Fed. R. Civ. P. 12 is nineteen (19) pages in length. *See* dockets ##81, 88. Therefore, pursuant to Section IV.C.1 of Judge Blackburn's Practice Standards, the Motions are hereby **stricken**.