IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01483-REB-MEH

ELIZABETH WOJDACZ,

 Plaintiff,

v.

COLORADO SPRINGS CITY POLICE DEPARTMENT,
COMMANDER BRIAN GRADY,
OFFICER JOHN IRELAND,
PATRICK MILLER,
PENROSE ST. FRANCIS HEALTHCARE,
GARY LEE NORMAN,
MICHAEL J. DUNCAN, and
CLIFF HUDSON,

 Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 9, 2013.**

Pending before the Court are Plaintiff's Opposed Motion for Leave to File Answer to Defendant Patrick Miller's Motion to Dismiss and for Judgment on the Pleadings [filed January 7, 2013; docket #110] and Plaintiff's Opposed Motion for Leave to File Answer to Defendant Penrose St. Francis Healthcare's Motion to Dismiss and for Judgment on the Pleadings [filed January 7, 2013; docket #111].  Both motions are **granted in part** and **denied in part** as follows.  Plaintiff shall file a response to Defendant Penrose St. Francis Healthcare's Amended Motion to Dismiss and for Judgment on the Pleadings on or before **January 15, 2013**, and shall file a response to Defendant Patrick Miller's Motion to Dismiss and for Judgment on the Pleadings on or before **January 18, 2013**.