**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01483-REB-MEH

ELIZABETH WOJDACZ,

      Plaintiff,

v.

COLORADO SPRINGS CITY POLICE DEPARTMENT,
COMMANDER BRIAN GRADY,
OFFICER JOHN IRELAND,
PATRICK MILLER, and
PENROSE-ST. FRANCIS HEALTHCARE,

      Defendants.

**MINUTE ORDER**[1]

      The matter is before the court on plaintiff's **Opposed Motion For Leave To File Plaintiff's Rebuttal To Recommendation of United States Magistrate Judge** [#119] filed January 29, 2013.  The motion is granted and **Plaintiff's Rebuttal To Recommendation of United States Magistrate Judge** [#119-1] is accepted for filing.

      Dated:  January 30, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.