IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01483-REB-MEH

ELIZABETH WOJDACZ,

    Plaintiff,

v.

OFFICER JOHN IRELAND,
PATRICK MILLER,
PENROSE ST. FRANCIS HEALTHCARE,
GARY LEE NORMAN,
MICHAEL J. DUNCAN, and
CLIFF HUDSON,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 21, 2013.**

    Pending before the Court is Defendant Gary Norman's Motion to Dismiss[,] Motion to Stop Interrogatories[,] and Motion to Stop Deposition [filed March 19, 2013; docket #135]. The Motion is **denied without prejudice** for the following reasons.

    First, Mr. Norman's Motion fails to comply with D.C. Colo. LCivR 5.1A, which requires each motion to include a Certificate of Service indicating "the date it was served, the name and address of the person to whom it was sent, and the manner of service." Mr. Norman's Motion states only that the document was sent to Plaintiff and the other Defendants. This is not sufficient.

    Second, due to its varied requests for relief, adjudication of the single Motion will likely require different standards of review and legal analyses of both dispositive and non-dispositive issues. In the interests of judicial efficiency and the proper management of its docket, the Court instructs Mr. Norman to file his requests for relief each in separate motions, as applicable. *See* D.C. Colo. LCivR 7.1C ("A motion shall be made in a separate paper.") Those issues pertaining to discovery may be addressed in a single motion for a protective order as provided by Fed. R. Civ. P. 26(c). However, Mr. Norman may only seek dismissal by separate motion.