IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01483-REB-MEH

ELIZABETH WOJDACZ,

    Plaintiff,

v.

OFFICER JOHN IRELAND,
PATRICK MILLER,
PENROSE ST. FRANCIS HEALTHCARE,
GARY LEE NORMAN,
MICHAEL J. DUNCAN, and
CLIFF HUDSON,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 21, 2013.**

    Pending before the Court is Defendant Patrick Miller, M.D.'s and Penrose-St. Francis Healthcare's Joint Motion to Stay Discovery Pursuant to Fed. R. Civ. P. 26(c) [filed March 19, 2013; docket #137].[1]  The Motion is **granted in part** and **denied without prejudice in part** as follows. In light of the Court's pending recommendation to dismiss all claims against Defendants Miller and Penrose-St. Francis Healthcare ("Penrose") [docket #30], the Court finds good cause for a stay of all discovery through and including **April 1, 2013**, at which time the Court will hold a Status Conference (see separate order) to discuss Plaintiff's discovery efforts and the necessity of continuing the stay.

---

    [1]Pursuant to D.C. Colo. LCivR 7.1C, the Court decides the Motion without a response from Plaintiff.  Plaintiff may offer her position on a continued stay of discovery at the April 1, 2013 Status Conference.