IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**   12-cv-01483-REB-MEH | **FTR – Courtroom A501** |
| **Date:**   April 1, 2013 | Monique Wiles, Courtroom Deputy |

ELIZABETH WOJDACZ,                                                      *Pro Se*

      Plaintiff,

v.

| | |
|---|---|
| JOHN IRELAND, | William Erik Lamphere (by phone) |
| PATRICK MILLER, | Michael Watts (by phone) |
| PENROSE ST. FRANCIS HEALTHCARE, | J. Stephen Mullen (by phone) |
| GARY LEE NORMAN, | *Pro Se* (by phone) |
| MICHAEL J. DUNCAN, and | |
| CLIFF HUDSON, | Lindsey Topper (by phone) |

      Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**     2:03 p.m.

Court calls case.  Appearance of *pro se* Plaintiff and telephonic appearances of Defendants' counsel.

Discussion regarding the status of the case; the restraining order out of state court against Plaintiff by Defendant Norman; holding future hearings in Colorado Springs;  Plaintiff's request to take depositions of Judge Blackburn and Magistrate Judge Hegarty; Plaintiff's notice of depositions; the Motion for Protective Order filed by Defendant Dr. Patrick Miller (Doc. 145, filed 3/29/13); Plaintiff's request to take the depositions of Gary Norman, Cliff Hudson, and Patrick Miller; the pending Recommendation of United States Magistrate Judge (Doc. 130, filed 3/4/13); which Defendants Plaintiff believes are in default; proof of service on Defendant Hudson; proof of service of pleadings on Plaintiff; service of interrogatories on Defendant Norman; and staying discovery as to Defendant Miller.

**ORDERED:**   For reasons stated on the record,  Motion for Protective Order filed by Defendant Dr. Patrick Miller (Doc. 145, filed 3/29/13) is DENIED without prejudice and premature, as stated on the record.

The Court clarifies that Plaintiff will not be permitted to take depositions of any judges.

**ORDERED:** Proceedings are **stayed** as to Defendant Miller, pending ruling on the Recommendation on the motion to dismiss (Doc. 109).

Plaintiff states that she has filed information with the Department of Justice regarding conduct of the judges and attorneys in this case.

2:36 p.m.     The Court will take a brief recess to hold a hearing in a criminal matter that was set for 2:30 p.m.
Plaintiff is directed to go to the Clerk's office and find proof of service on Defendant Hudson during the recess.
Court in recess.

3:13 p.m.     Court in session.  Plaintiff is present, same parties are present by telephone.  Now present by telephone is Lindsey Topper.

Discussion regarding Mr. Topper's representation of Defendant Hudson.  **Mr. Topper enters his appearance on the record as counsel for Defendant Cliff Hudson.**

Discussion regarding setting the depositions of Defendants Norman and Hudson at the Court's facility in Colorado Springs, the discovery deadline, and answers to interrogatories to be submitted by Defendant Norman.

**ORDERED:** 1.   Defendant Gary Norman shall submit answers to interrogatories to Plaintiff on or before **April 8, 2013.**

2.   Defendant Gary Norman shall appear for deposition on **May 8, 2013, at 8:30 a.m., at the Court's facility located at 212 North Wahsatch, Colorado Springs, Colorado.  The deposition shall not exceed seven (7) hours.**

3.   Defendant Cliff Hudson shall appear for deposition on **May 29, 2013, at 8:30 a.m., at the Court's facility located at 212 North Wahsatch, Colorado Springs, Colorado.  The deposition shall be completed by 12:00 p.m. (noon) that same day.**

Discussion regarding the Court requiring Plaintiff to be present in person for this hearing.

**Court in recess:     4:00 p.m.     Hearing concluded.**
**Total time in Court: 1:20**

To order a transcript of this proceeding, contact Avery Woods Reporting at (3030 825-6119.