**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01483-REB-MEH

ELIZABETH WOJDACZ,

    Plaintiff,

v.

OFFICER JOHN IRELAND,
GARY LEE NORMAN,
MICHAEL J. DUNCAN, and
CLIFF HUDSON,

    Defendants.

## ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#206],[1] filed August 19, 2013; and (2) the objections contained in **Plaintiff's Response to Recommendation of United States Magistrate Judge**[#211], filed September 3, 2013.  I overrule the objection, approve and adopt the recommendation, and deny plaintiff's motion to consolidate.

Plaintiff is proceeding *pro se*. Thus, I have construed her pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***,

---

[1] "[#130]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed. I have considered carefully the recommendation, objections, and applicable caselaw.

The recommendation is detailed and well-reasoned. Contrastingly, plaintiff's objections are imponderous and without merit. As the magistrate judge noted, I have recused myself from plaintiff's later-filed case because I am named therein as a party defendant. Similarly, because the magistrate judge is also a party defendant in that suit, that case was drawn to a different magistrate judge. Plaintiff's response to the recommendation makes it apparent that in seeking consolidation of these two actions, she hopes to effectuate the recusal of the magistrate judge and me in this case as well. However, both the magistrate judge and I found no basis supporting recusal in this matter. (***See* Order** [#163], filed April 3, 2013 (denying motion to recuse Magistrate Judge Hegarty); **Order Denying Plaintiff's Motion To Recuse** [#160], filed April 3, 2013 (denying motion to recuse this district judge).) Plaintiff cannot be permitted, via consolidation, to accomplish indirectly what she could not directly. I thus find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the objections contained in **Plaintiff's Response to Recommendation of United States Magistrate Judge**[#211], filed September 3, 2013, are **OVERRULED**;

2. That the **Recommendation of United States Magistrate Judge** [#206], filed

August 19, 2013, is **APPROVED** and **ADOPTED** as an order of this court; and

    3. That **Plaintiff's Opposed Motion To Consolidate Actions** [#203], filed August 14, 2013, is **DENIED**.

Dated September 5, 2013, at Denver, Colorado.

                                                            **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge