**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01483-REB-MEH

ELIZABETH WOJDACZ,

    Plaintiff,

v.

GARY LEE NORMAN,
MICHAEL J. DUNCAN, and
CLIFF HUDSON,

    Defendants.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on defendant Cliff Hudson's **Motion for Telephone Testimony of Attorney** [#249] filed February 27, 2014.  After review, the court will grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the Motion for Telephone Testimony of Attorney [#249] is **GRANTED;**

2.  That Mr. Mundt shall participate by telephone at **February 28, 2014**, commencing at 1:30 p.m. (MST), by contacting the chambers of Judge Robert E. Blackburn at (303) 335-2350.  If more than one party wishes to participate in the setting conference by telephone, the parties **must coordinate** a conference call to chambers **prior** to the hearing.

    Dated:  February 28, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.