**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   12-cv-01483-REB-MEH

ELIZABETH WOJDACZ,

     Plaintiffs,

v.

GARY LEE NORMAN,
MICHAEL J. DUNCAN, and
CLIFF HUDSON

     Defendants.

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

**Blackburn, J.**

     This matter is before me on **Plaintiff** [sic] **Reply to Order To Show Cause** [#271],[1] filed March 26, 2014.  Based on the **Suggestion of Death** ([#247], filed February 27, 2014) by the putative personal representative of the estate of defendant Michael J. Duncan, I ordered plaintiff to show cause why her claims against this defendant should not be dismissed.  (**Order To Show Cause** [#255], filed March 14, 2014.)

     By her response to the show cause order, which discharges her obligations thereunder, plaintiff represents that she has no objection to dismissal of her claims against Mr. Duncan.  Accordingly, all claims against Mr. Duncan will be dismissed.

---

[1] "[#271]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#255], filed March 14, 2014, is **DISCHARGED**;

2. That plaintiff's claims against defendant, Michael J. Duncan, are **DISMISSED**;

3. That defendant Michael J. Duncan is **DROPPED** as a named party to this action, and the case caption is **AMENDED** accordingly.

Dated March 27, 2014, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2