**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01483-REB-MEH

ELIZABETH WOJDACZ,

      Plaintiff,

v.

GARY LEE NORMAN, and
CLIFF HUDSON,

      Defendants.

---

**ORDER GRANTING MOTION TO WITHDRAW**

---

**Blackburn, J.**

      The matter before me is the **Motion To Withdraw** [#263],[1] filed March 24, 2014, by Mr. Mundt, counsel for Mr. Hudson.  Having considered the motion, and being advised of the premises, I find and conclude that Mr. Mundt has established good cause.  *See* **D.C.COLO.LAttyR** 6.1(b).  Thus, the motion will be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Motion To Withdraw** [#263], filed March 24, 2014, is **GRANTED**;

      2.  That James A. Mundt, Esq., is **RELIEVED** of any further representation of defendant, Cliff Hudson, in this case; and

      3.  That the clerk of the court is **DIRECTED** to terminate Mr. Mundt as counsel of record and to remove his name from the electronic certificate of mailing.

      Dated April 1, 2014, at Denver, Colorado.

                         **BY THE COURT:**

                         Robert E. Blackburn
                         United States District Judge

---

[1] "[#263]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.