**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.12-cv-01483-REB-MEH

ELIZABETH WOJDACZ,

    Plaintiffs,

v.

GARY LEE NORMAN, and
CLIFF HUDSON

    Defendants.

---

### MINUTE ORDER[1]

---

    The matter comes before the court on defendant Cliff Hudson's **Notice to the Court** [#288],[2] filed April 14, 2014, which I have construed as a motion to permit Mr. Hudson to appear at the April 24, 2014, Final Pretrial Conference via Skype or other remote access technology.  Such services are not secure and thus inappropriate substitutes for the in-person attendance required by the **Trial Preparation Conference Order** ¶ 5 at 2 [#252], filed March 3, 2014.

    **THEREFORE, IT IS ORDERED** that the relief requested in Mr. Hudson's **Notice to the Court** [#288] filed April 14, 2014, is **DENIED.**

    Dated:  April 15, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#288]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.