IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:             April 24, 2014

Deputy Clerk:     Kathleen Finney
Court Reporter:   Tracy Weir

**Civil Action No.  12-cv-01483-REB-MEH**

*Parties:*                                    *Counsel:*

ELIZABETH WOJDACZ,                            Pro Se

    Plaintiff,

v.

GARY LEE NORMAN, and                          Pro Se
CLIFF HUDSON,                                 Pro Se

    Defendants.

## COURTROOM MINUTES

**Final Pretrial Conference/Trial Preparation Conference**

**10:06 a.m.    Court in session.**

Appearances of parties.

Opening statements by the court.

Court reviews items enumerated in the second **Trial Preparation Conference Order** [#252] entered March 3, 2014.

This case is second set for trial to commence May 5, 2014, at 8:30 a.m. (MDT).

Court colloquy with the plaintiff regarding possible claims for relief in the Amended Complaint [#19].

**IT IS ORDERED** as follows:

- That the court will fashion, complete, and enter a final pretrial order as soon as practicable;

- That Defendant Hudson's Notice to the Court [#291] filed on April 16, 2014, which the court considers as a motion for mediation, is **DENIED**;

- That exhibits need to be provided one to another by **April 29, 2014**; with objections filed by **May 2, 2014**;

- That the jury will consist of seven (7) jurors;

- That proposed voir dire questions must be filed by **April 28, 2014**;

- That opening arguments are limited to 30 minutes per side, and closing arguments limited to 45 minutes per side; and

- That the parties shall continue to monitor the court's calendar for possible vacating of the first set trial on May 5, 2014,  case 13-cr-00492-REB.

**10:45 a.m.   Court in recess.**

Total time in court:   00:39

Hearing concluded.